IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICCO CONNER                                                                                    PETITIONER
Reg. #20470-076

V.                              NO. 2:12CV00049-JTR

T.C. OUTLAW, Warden,                                                                      RESPONDENT
FCI-Forrest City

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, WITHOUT PREJUDICE.

DATED this 10th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE